**SEDGWICK LLP**
RALPH A. CAMPILLO (Bar No. 70376)
Email: ralph.campillo@sedgwicklaw.com
ARAMEH ZARGHAM O'BOYLE (Bar No. 239495)
Email: arameh.oboyle@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant
STRYKER CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR McCLAIN,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>STRYKER CORPORATION, and DOES 1-25;<br><br>　　　　Defendants. | CASE NO. 3:15-cv-01899-SI<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE**<br><br>[F.R.C.P. Rule 41(a)(1)(A)(ii)] |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**IT IS HEREBY STIPULATED AND AGREED** by all parties to this action, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, that the Complaint filed by Plaintiff Victor McClain is hereby dismissed with prejudice in its entirety. Each party shall bear its own costs and fees.

/ / /

/ / /

/ / /

/ / /

/ / /

---

**1**
**STIPULATION RE DISMISSAL WITH PREJUDICE**

20308899v1

**SO STIPULATED.**

DATED: June 10, 2015

                  LAW OFFICES OF EDWARD C. CASEY, JR.

                  By: _/s/ Edward C. Casey Jr._
                        Edward C. Casey Jr.
                        Attorney for Plaintiff
                        Victor McClain

DATED: June 10, 2015

                  SEDGWICK LLP

                  By: _/s/ Arameh Zargham O'Boyle_
                        RALPH A. CAMPILLO
                        ARAMEH ZARGHAM O'BOYLE
                        Attorneys for Defendant
                        STRYKER CORPORATION

    Based on the parties' stipulation and good cause having been shown, this action is hereby dismissed with prejudice in its entirety. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____

                                              _/s/ Susan Illston_
                                              The Honorable Susan Illston

CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick LLP, 801 South Figueroa Street, 19th Floor, Los Angeles, CA 90017-5556. On June 10, 2015, I served the within document(s):

**STIPULATION RE DISMISSAL WITH PREJUDICE**
**[F.R.C.P. Rule 41(a)(1)(A)(ii)]**

☑ ELECTRONICALLY - by causing said document(s) to be delivered through ECF via email by U.S.D.C. Northern District, to the email addresses set forth below on this date before 5:00 p.m.

| | |
|---|---|
| Edward C. Casey Jr.<br>LAW OFFICES OF EDWARD C. CASEY, JR<br>492 9th Street, Suite 260<br>Oakland, CA 94607<br>Telephone: 510-251-2300 | Attorneys for Plaintiff<br>VICTOR McCLAIN |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 10, 2015, at Los Angeles, California.

*Barbara Fergerson*
Barbara Fergerson

20192565v1